PS8A
(05/08)

May 23, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 28 PM 12: 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.

### Report on Defendant Under Supervision

**Name of Defendant:** Fitch, Adam Jude                                **Dkt No.:** 08MJ1476-002

**Name of Judicial Officer:** The Honorable Cathy Ann Bencivengo                  DEPUTY

**Date Conditions Were Ordered:** May 12, 2008, before the Honorable Cathy Ann Bencivengo

**Conditions of Release:** travel restriction to the Southern District of California; report for supervision to Pretrial Services; not possess or use any narcotic drug or controlled substance without a valid medical prescription; do not possess any dangerous weapon or explosive device; not to possess any firearm, dangerous weapon, or destructive device during the pendency of the case; provide a current residence address and phone number prior to release and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination of both; reside with his aunt; submit to treatment, and/or testing, as specified by the Pretrial Services Officer; defendant is to be drug-tested once upon release and again within thirty days of release, if either test is positive, defendant is to be tested randomly (not to exceed eight tests per month).

**Modification:** N/A

**Date Released on Bond:** May 12, 2008

**Charged Offense:** 21 USC § 846/841(a) - Conspiracy to Manufacture Marijuana

**Next Court Hearing:** Preliminary Hearing on May 27, 2008, at 9:30 a.m., before the Honorable Cathy Ann Bencivengo

**Asst. U.S. Atty.:** Sherri Walker Hobson            **Defense Counsel:** John David Kirby
619-557-5027                                          619-557-0100

**Prior Violation History:** None

## SUMMARY

During the defendant's initial intake interview, he indicated he had last used marijuana on or about May 7, 2008. Furthermore, he indicated he had been smoking marijuana almost daily prior to May 7, 2008. The defendant also indicated he was taking hydrocodone for a prior back surgery. He provided Pretrial Services with a prescription for the hydrocodone.

The defendant submitted a urine specimen on May 20, 2008, which confirmed positive for marijuana (68 ng/ml). Supervising Drug Analysis Specialist, Paula Svandova, indicated this may be attributed to the defendant's stated marijuana use history and his last admitted use. Additionally, Ms. Svandova indicated further monitoring of the defendant's drug-testing results will determine whether or not the defendant has been using marijuana while on pretrial release.

PS8A
(05/08)

| | |
|---|---|
| **Name of Defendant:** Fitch, Adam | May 23, 2008 |
| **Docket No.:** 08MJ1476-002 | Page 2 |

**U.S. Pretrial Services Officer Recommendation:**
At this time Pretrial Services is recommending no action, and will report any positive drug test which can be attributed to new drug use. In addition, Pretrial Services recommends exemption from reporting any future positive tests that may be attributed to prescription medication.

Respectfully submitted:

by _____
Luis Martinez
United States Pretrial Services Officer
(619) 557-7208

Reviewed and approved:

_____
Anthony Ortiz
Supervising United States Pretrial Services Officer

**THE COURT ORDERS:**

__✓__  AGREE. No action required at this time and Pretrial Services will report any positive drug test which can be attributed to new drug use. Pretrial Services will also be exempt from reporting any future positive tests that may be attributed to prescription medication.

_____  Other _____

_____                                    5/27/07
The Honorable Cathy Ann Bencivengo                           Date
United States Magistrate Judge