I AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

ADAM JUDE FITCH

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1834-BTM

I, ADAM JUDE FITCH the above named defendant, who is accused of violating Title 21, U.S.C., Sections 846 & 841(a)(1) – Manufacturing Marijuana Plants being advised of the nature of the charge, the proposed superseding information and of my rights, hereby waive in open court on 6/10/08 prosecution by indictment and consent that the proceeding may proceed by superseding information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER