```
 1  JOHN D. KIRBY (CSB 149496)
    ATTORNEY AT LAW
 2  1010 Second Avenue, Suite 1850
    San Diego, California 92101
 3  (619) 557-0100 (Phone)
    (619) 557-0123 (Fax)
 4
    Attorney for ADAM JUDE FITCH
 5
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES,  | CASE NO. 08 cr 1834-BTM |
|---|---|
| Plaintiff, | |
| vs. | JOINT MOTION MODIFYING DEFENDANTS' CONDITIONS OF RELEASE |
| SHAUN MICHAEL FITCH (1), ADAM JUDE FITCH (2), MICHAEL PATRICK FITCH(3), DANIELLE CHRISTINE LYNCH (4), | |
| Defendants. | |

**COMES NOW** the parties, Sherri Walker Hobson, Assistant United States Attorney, and James J. Warner, attorney for Shaun Michael Fitch, John Kirby, attorney for Adam Jude Fitch, Marc B. Geller, attorney for Michael Patrick Fitch, and Philip A. DeMassa, attorney for Danielle Christine Lynch respectfully requesting that the travel condition restricting travel to the Southern District of California be modified to allow all defendants to travel to Long Beach, Washington, beginning Thursday, July 3, 2008, through Sunday, July 6, 2008, to attend a family reunion. Pretrial Services has been contacted and has no opposition to the travel modification. The sureties for all defendants have also been notified.

The defendants have been instructed to report to Pretrial Services prior to their departure and upon return from their trip to Washington.

| | | |
|---|---|---|
| 1 | Dated: | /S/ Sherri Walker Hobson (by consent) |
| 2 | | Assistant United States Attorney |
| 3 | | |
| 4 | Dated: | /S/ James J. Warner (by consent) |
| 5 | | Attorney for Defendant SHAUN MICHAEL FITCH |
| 6 | | |
| 7 | Dated: | /S/ John D. Kirby |
| 8 | | Attorney for Defendant ADAM JUDE FITCH |
| 9 | | |
| 10 | Dated: | /S/ Marc B. Geller (by consent) |
| 11 | | Attorney for Defendant MICHAEL PATRICK FITCH |
| 12 | | |
| 13 | Dated: | /S/ Philip A. DeMassa (by consent) |
| 14 | | Attorney for Defendant DANIELLE CHRISTINE LYNCH |

1
2  I, the undersigned, declare under penalty of perjury that I am over the age of 18
3  years and not a party to the above-entitled action and that my address is set out
4  above; and that I served the attached pleading in the following manner:
5  I served the above on opposing counsel by e-filing to the Office of the Clerk and I mailed
6  a copy to the Defendants.
7  I declare under penalty of perjury that the forgoing is true and correct.
8
9  Dated: June 27, 2008                    /s/ *John Kirby*
                                            John Kirby
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-    07 cr 2372-IEG