

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>Plaintiff,<br><br>vs.<br><br>SHAUN MICHAEL FITCH (1),<br>ADAM JUNE FITCH (2),<br>MICHAEL PATRICK FITCH (3),<br>DANIELLE CHRISTINE LYNCH (4),<br><br>Defendants, | Case No. 08CR-1834-BTM<br><br>ORDER GRANTING JOINT<br>MOTION MODIFYING<br>DEFENDANT'S CONDITIONS<br>OF RELEASE |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled motion.

Thus, THIS COURT ORDERS that as to all defendants in this matter, the travel conditions restricting travel to the Southern District of California are modified to allow defendants to travel to Long Beach, Washington, beginning Thursday, July 3, 2008, through Sunday, July 6, 2008, to attend a family reunion.

IT IS FURTHER ORDERED that the defendants report to Pretrial Services prior to their departure and upon return from their trip to Long Beach, Washington.

IT IS SO ORDERED.

Dated: 6/30/08

HON. CATHY ANN BENCIVENGO
United States Magistrate Judge

08cr1834-BTM

1