JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for ADAM JUDE FITCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>ADAM JUDE FITCH (2),<br><br>    Defendants. | CASE NO. 08 cr 1834-BTM<br><br>NOTICE OF MOTION AND MOTION TO JOIN IN MOTION FOR DISCOVERY |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, KAREN HEWITT, U.S. ATTORNEY:

**PLEASE TAKE** NOTICE that on July 25, 2008 at 3:30 p.m., or as soon thereafter as counsel may be heard, Defendant Adam Jude Fitch, by and through his counsel, John D. Kirby, will join in the motion for discovery filed by co-defendant Shaun Michael Fitch, docket number 27.

Dated: July 22, 2008

/S/ John D. Kirby

Attorney for Defendant ADAM JUDE FITCH

1

-   08 cr 1834-BTM

1
2  I, the undersigned, declare under penalty of perjury that I am over the age of 18
3  years and not a party to the above-entitled action and that my address is set out
4  above; and that I served the attached pleading in the following manner:
5  I served the above on opposing counsel by e-filing to the Office of the Clerk and I mailed
6  a copy to the Defendant.
7  I declare under penalty of perjury that the forgoing is true and correct.
8
9  Dated: July 22, 2008         /s/ *John Kirby*
                                John Kirby
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-   07 cr 2372-IEG