KAREN P. HEWITT
United States Attorney
SHERRI WALKER HOBSON
Assistant U.S. Attorney
California State Bar No. 199232
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone:  (619) 557-5027
Facsimile:  (619) 557-3445
sherri.hobson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1834BTM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | SENTENCING HEARING |
| | ) | |
| SHAUN MICHAEL FITCH, ET, | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES, the Plaintiff, UNITED STATES OF AMERICA, through its attorneys, Karen P. Hewitt, U.S. Attorney, and Sherri Walker Hobson, Assistant U.S. Attorney, and defendants Shaun Fitch, Adam Fitch, Michael Fitch, and Danielle Lynch, through their respective attorneys, stipulate to continue the motion hearing date from July 25, 2008, at 9:00 a.m., to September 4, 2008, at 1:30 p.m. Motions

//

//

//

```
 1   have been filed by each defendant.  Defendants are out of custody,
 2   so they will file separately an acknowledgment of the next date.
 3
 4          7/24/08                s/James Warner
          DATED                    JAMES WARNER
 5                                 Attorney for Defendant
                                   SHAUN MICHAEL FITCH
 6
 7          7/24/08                s/John Kirby
          DATED                    JOHN KIRBY
 8                                 Attorney for Defendant
                                   ADAM FITCH
 9
10          7/24/08                S/PHIL DEMASSA
          DATED                    PHIL DEMASSA
11                                 Attorney for Defendant
                                   MICHAEL FITCH
12
            7/24/08                s/ Marc Geller
13        DATED                    MARC GELLER
                                   Attorney for Defendant
14                                 DANIELLE LYNCH
15
            7/24/08                S/Sherri Hobson
16        DATED                    SHERRI WALKER HOBSON
                                   Assistant U.S. Attorney
17
18
19
20
21
22
23
24
25
26
27
28
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>          Plaintiff, )<br>)<br>     v.                    )<br>)<br>SHAUN FITCH, ET AL       )<br>)<br>          Defendant.     )<br>_____ ) | Case No. 05CR0808BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

    I, Sherri Walker Hobson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

    I am a party to the above-entitled action. I have caused service of JOINT MOTION FOR CONTINUANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    James Warner, John Kirby, Marc Geller, and Phil DeMassa

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 24, 2008.

                                                          s/ sherri hobson<br>
                                                        SHERRI WALKER HOBSON