JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for ADAM FITCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>vs.<br><br>ADAM FITCH,<br><br>        Defendant. | CASE NO. 08 cr 1834-BTM<br><br>**ACKNOWLEDGEMENT OF NEXT COURT DATE** |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the defendant ADAM FITCH hereby acknowledges that his next court date is September 4, 2008 at 1:30 p.m.

Dated: 8/8/08        *Adam Fitch*
                     ADAM FITCH

07 cr 2372-IEG